FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

July
- 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARCHER BRYANT HUDSON, JR., ) | Case No.  EDCV 04-01051 CAS (AN) |
| Petitioner, ) | |
| v. ) | ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CALIFORNIA DEPARTMENT OF ) CORRECTIONS, et al., ) | |
| Respondents. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*.  IT IS ORDERED that:

1.   The Court finds the Objections principally repeat arguments that Petitioner raised in his claims for relief which are prolix, disjointed, vague, frequently unintelligible, and lack merit for the reasons discussed in the R&R.  Therefore, the Objections are overruled and the R&R is approved and adopted.

2.   Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3.   All motions are terminated as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: _____ July 1 _____, 2008

christina a. snyder
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE